# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| RANDY LEEPER AND CONNIE LEEPER, | : | No. 193 WAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| WILLIAM QUEER, J.H. PORCH, JUDITH | : | |
| MONROE, ADMINISTRATRIX OF THE | : | |
| ESTATE OF JOSEPH C. MONROE | : | |
| DECEASED AND PATRICK L. MONROE, | : | |
| AND THEIR HEIRS, EXECUTORS, | : | |
| ADMINISTRATORS AND ASSIGNS, | : | |
| DEVISEES, GRANTEES, ASSIGNEES, | : | |
| LIENORS, CREDITORS, TRUSTEES OR | : | |
| OTHER CLAIMANTS, CLAIMING BY, | : | |
| THROUGH, UNDER OR AGAINST ANY | : | |
| OR ALL OF SAID DEFENDANTS | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.